**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN RUHS, in his official capacity as )<br>Director of the Nevada BLM, )<br>JON SHERVE, in his official capacity as Field )<br>Manager of BLM's Mount Lewis Field Office, )<br>and the )<br>BUREAU OF LAND MANAGEMENT, an )<br>agency of the United States, )<br>)<br>Defendants. )<br>_____ ) | 3:16-cv-0179-LRH-WGC<br><br>**MOTION TO ADMIT GOVERNMENT ATTORNEY (LUCINDA J. BACH)**<br><br>**AND ORDER THEREON** |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of <u>Lucinda J. Bach</u> to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of her employment by the United States as an attorney. It is anticipated that Ms. Bach will enter an appearance in this action on behalf of the federal defendants.

Ms. Bach has been a licensed attorney since 1983. Ms. Bach is a member in good standing of the Bar of District of Columbia (Bar # 375366). Since 2016, Ms. Bach has been an attorney employed by the United States Department of Justice. She currently holds the position of Trial Attorney, Environment and Natural Resources Division, Natural Resources Section, and her office is located in Washington, D.C.

1

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Lucinda J. Bach to practice before this Court during the period of her employment by the United States as an attorney. It is anticipated that Ms. Bach will enter an appearance in this action on behalf of the federal defendants.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

DATED this 3rd day of June, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE